641

Jane Chumard, defendant in error, v. Frank N. Goodman et al., trading as Parlor Market, plaintiffs in error. Gen. No. 8,768.

Opinion filed January 12, 1934. Rehearing denied April 3, 1934.

C. C. Martin and F. R. Wiley, for plaintiffs in error. John R. Fitzgerald, for defendant in error.

Mr. Justice Fulton delivered the opinion of the court.

Fannie M. Kenyon, appellant, v. A. H. Penewitt, appellee. Gen. No. 8,785.

Opinion filed January 12, 1934.

Clarence W. Heyl, for appellant. Scott W. Lucas and Barber & Barber, for appellee.

Mr. Justice Fulton delivered the opinion of the court.

Lewis McCormick, appellee, v. Edmund P. Connolly, appellant. Gen. No. 8,801.

Opinion filed January 12, 1934.

Dobbins & Dobbins, for appellant. Busch & Harrington, for appellee; C. E. Tate, of counsel.

Mr. Justice Fulton delivered the opinion of the court.

In re Conservatorship of William Steel, Incompetent. Gen. No. 8,810.

Opinion filed January 12, 1934.

W. A. Doss, Carl I. Glasgow and C. E. Corbett, for appellant. Clark & Noll, for appellee.

Mr. Justice Fulton delivered the opinion of the court.